**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Bayer AG,**

**Plaintiff,**

**-against-**

**Janssen Pharmaceuticals, Inc.,**

**Defendant.**

**1:25-cv-08573 (DEH) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Due to a scheduling conflict on the part of the Court, it is hereby ORDERED that the Initial Pretrial Conference scheduled for November 17, 2026 (*see* 8/14/26 Order, ECF No. 39) is adjourned until Monday, November 30, 2026 at 11:00 a.m.

**SO ORDERED.**

Dated: New York, New York
September 10, 2026

Stewart d. Aaron

STEWART D. AARON
United States Magistrate Judge